# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-3376

_____

United States of America

*Plaintiff - Appellee*

v.

Velma Taper

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau

_____

Submitted: April 3, 2026
Filed: April 8, 2026
[Unpublished]

_____

Before SMITH, GRASZ, and STRAS, Circuit Judges.

_____

PER CURIAM.

Velma Taper appeals the sentence imposed by the district court[1] after she pled guilty to fraud offenses. Her counsel has moved for leave to withdraw and has filed

_____

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.

a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

After careful review, we conclude the district court did not abuse its discretion in sentencing Taper.  *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (standard of review); *see also United States v. Miner*, 544 F.3d 930, 932 (8th Cir. 2008) (presuming sentence within United States Sentencing Guidelines Manual range is reasonable).  Further, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal. Accordingly, we grant counsel leave to withdraw and affirm.

_____